

**ORIGINAL**

.N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Protection One                          *
Alarm Monitoring, Inc.
        **Plaintiff(s)**           *
           Case No.: JFM 02-CV-3653
        **vs.**                    *
Glessner Protective Services, Inc.
Robert L. Glessner, Jr.                 *
Doris B. Glessner **Defendant(s)**
           ******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Steven F. Wrobel_____, am a member in good standing of the bar of

this Court. My bar number is __24985_____. I am moving the admission of

__Jason A. Otto, Esquire_____ to appear *pro hac vice* in this case as

counsel for __Protection One Alarm Monitoring, Inc._____.

    We certify that:

1.    The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of New York | January 31, 2000 |
| U.S. District Court, Southern District of New York | February 15, 2000 |
|  |  |
|  |  |
|  |  |
|  |  |

2.    During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court _-0-_ times.

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____Steven F. Wrobel_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____
Signature

Steven F. Wrobel
_____
Printed Name

Martin, Snyder & Bernstein, P.A.
_____
Firm

217 E. Redwood Street - Suite 2000
Baltimore, Maryland  21202
_____
Address

(410) 547-7163
_____
Telephone Number

(410) 547-1605
_____
Fax Number

PROPOSED ADMITTEE

_____
Signature

Jason A. Otto
_____
Printed Name

Cahill Gordon & Reindel
_____
Firm

80 Pine Street
New York, New York  10005
_____
Address

(212) 701-3474
_____
Telephone Number

(212) 269-5420
_____
Fax Number

Prid 24441
Plid 88120

************************************************************************

## ORDER

☑ GRANTED          ☐ DENIED

__11-21-02__
Date

**Felicia C. Cannon**
_____
**Clerk, United States District Court**

by: _Lia Stewart_

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice

Page 2 of 2