IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ORIGINAL**

FEE PAID
# 119024 5
FEE NOT PAID

Protection One
Alarm Monitoring, Inc.
_____
**Plaintiff(s)**

vs.

Glessner Protective Services, Inc.
Robert L. Glessner, Jr.
_____
Doris B. Glessner **Defendant(s)**

Case No.: JFM 02-CV-3653

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Steven F. Wrobel _____, am a member in good standing of the bar of this Court. My bar number is 24985 _____. I am moving the admission of

David G. Januszewski, Esquire _____ to appear *pro hac vice* in this case as

counsel for Protection One Alarm Monitoring, Inc. _____.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of Connecticut | December 7, 1990 |
| State of New York | January 30, 1991 |
| U.S. District Court, Southern District of New York | May 21, 1991 |
| U.S. District Court, Eastern District of New York | May 29, 1991 |
| U.S. District Court, District of Connecticut | June 7, 1991 |
| U.S. Court of Appeals, Second Circuit | December 30, 1992 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court -0- times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.      Either the undersigned movant or __Steven F. Wrobel__, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| Steven F. Wrobel | David G. Januszewski |
| Printed Name | Printed Name         Prid 294415 |
| Martin, Snyder & Bernstein, P.A. | Cahill Gordon & Reindel    Plid 52120 |
| Firm | Firm |
| 217 E. Redwood Street - Suite 2000 Baltimore, Maryland 21202 | 80 Pine Street New York, New York 10005 |
| Address | Address |
| (410) 547-7163 | (212) 701-3474 |
| Telephone Number | Telephone Number |
| (410) 547-1605 | (212) 269-5420 |
| Fax Number | Fax Number |

*************************************************************************

## ORDER

☒ GRANTED          ☐ DENIED

__11-21-02__                    __Felicia C. Cannon__
Date                             Clerk, United States District Court
                                 By: [signature]

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                    Page 2 of 2