**MARTIN, SNYDER & BERNSTEIN, P.A.**
ATTORNEYS AT LAW

———◆———

REDWOOD TOWER
SUITE 2000
217 EAST REDWOOD STREET
BALTIMORE, MARYLAND 21202
TELEPHONE: 410/547-7163
FACSIMILE: 410/547-1605

GERARD P. MARTIN
DAVID L. SNYDER
GREGG L. BERNSTEIN
STEVEN F. WROBEL

CAROLINE DELISLE CIRAOLO
T. CHRISTINE PHAM
DENIS J. CHARLESWORTH
KRISTIN E. BLUMER

OF COUNSEL
STEVEN J. SIBEL

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 31 A 7:59

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

410-547-2417

December 26, 2002

*VIA HAND DELIVERY*

The Honorable J. Frederick Motz
The United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re:    Protection One v. Glessner, et. al.
       Case No. JFM 02CV3653

Dear Judge Motz:

I am counsel for Plaintiff in the above-referenced action. Robert J. Carson and Morris Kletzkin represent the Defendants.

Pursuant to the Court's scheduling Order, the parties have conferred, and with the consent of counsel for Defendants, I report the following:

1. The parties do not desire to engage in ADR at this time, but may do so after discovery has been conducted;

2. The parties do not consent to the case being referred to a Magistrate Judge at this time; and;

3. The parties have agreed to, and request the court to approve, deposition time of fifty (50) hours per side. Each side also asks the court to allow them to later move for a modification of this amount should circumstances warrant. Plaintiff's counsel believes at least 50 hours will be necessary because plaintiffs will have to conduct the depositions of the two individual defendants, two or more current or former employees of defendant, and numerous customers who have been the subject of the pattern of conduct

MARTIN, SNYDER & BERNSTEIN, P.A.

alleged in the complaint. Defendants' counsel believe that 50 hours per side may be high.

The parties have agreed to have a January 7 conference call to discuss the case further, including proposed discovery.

Respectfully submitted,

Steven F. Wrobel

cc: Robert Carson
    Jason Otto