IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PROTECTION ONE ALARM　　　　　*
MONITORING, INC.　　　　　　　　*
　　　　　　　　　　　　　　　　　*
　v.　　　　　　　　　　　　　　　*　Civil No. JFM-02-3653
　　　　　　　　　　　　　　　　　*
GLESSNER PROTECTIVE　　　　　*
SERVICES, INC.　　　　　　　　　*
　　　　　　　　　　　　　　*****

ORDER

For the reasons stated in the accompanying memorandum to counsel, it is, this 14th day of January 2003

ORDERED that defendants' motion to dismiss Count IV of the complaint is granted.

_____
J. Frederick Motz
United States District Judge

