**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| **PROTECTION ONE ALARM MONITORING, INC.** * | |
| * | |
| Plaintiff | |
| * | |
| v. | |
| * Civil No. JFM-02-CV-3653 | |
| **GLESSNER PROTECTIVE SERVICES, INC.,** *et al.* * | |
| Defendants * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of March, 2003, the following document was sent via facsimile and first class mail, postage prepaid, to Robert J. Carson, Esquire, 345 Green Street, Havre de Grace, Maryland 21078, **and** Morris Kletzkin, Esquire, Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC, 1101 17th Street, N.W., Suite 700, Washington, D.C. 20036, counsel for Defendants:

1. Plaintiff's Responses and Objections to Defendants' Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6)

**Dated: March 10, 2003**

                                                   _____/s/_____
                                                 Caroline D. Ciraolo (Fed. Bar No. 11850)
                                                 MARTIN, SNYDER & BERNSTEIN, P.A.
                                                 217 East Redwood Street – Suite 2000
                                                 Baltimore, Maryland 21202
                                                 Tel. No: (410) 547-7163
                                                 Fax No: (410) 547-1605

                                                 *Attorney for Plaintiff Protection One*
                                                 *Alarm Monitoring, Inc.*