IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern District)

| | | |
|---|---|---|
| PROTECTION ONE ALARM MONITORING, INC. | * | |
| Plaintiff | | |
| v. | * | |
| GLESSNER PROTECTIVE SERVICES, INC., et al. | * | Case No.:  JFM02CV3653 |
| Defendants | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*

GLESSNER PROTECTION SERVICES, INC.      \*

           Counterplaintiff      \*

v.      \*

PROTECTION ONE ALARM MONITORING, INC.      \*

           Counterdefendant      \*

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## NOTICE OF SERVICE OF MOTION TO COMPEL
## PURSUANT TO LOCAL RULE 104.8

       I HEREBY CERTIFY that on this 4th day of March, 2003, copies of Defendants' Motion to Compel Discovery, and of the supporting Memorandum and proposed Order thereon, were sent by first class mail, postage prepaid, to Stephen F. Wrobel, Esq., and Caroline D. Ciraolo, Esq., Martin, Snyder & Bernstein, P.A., Redwood Tower, Suite 2000, 217 E. Redwood Street, Baltimore, Maryland 21202, and to David J. Januszewski, Esq., and Jason A. Otto, Esq., Cahill, Gordon & Reindel, 80 Pine Street, New York, New York 10005, attorneys for plaintiff Protection One Alarm Monitoring, Inc.

             _____/ S /_____
             Robert J. Carson
             Fed. Bar # 01021
             Robert J. Carson, P.A.
             345 Green Street
             Havre de Grace, Maryland 21078
             (410) 939-0050

             Attorney for Defendants