IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **PROTECTION ONE ALARM MONITORING, INC.** * | |
| * | |
| Plaintiff | |
| * | |
| v. | |
| *   Civil No. JFM-02-CV-3653 | |
| **GLESSNER PROTECTIVE SERVICES, INC.,** *et al.* * | |
| Defendants * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 18th day of March, 2003, the following document was sent via facsimile and first class mail, postage prepaid, to Robert J. Carson, Esquire, 345 Green Street, Havre de Grace, Maryland 21078, **and** Morris Kletzkin, Esquire, Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC, 1101 17th Street, N.W., Suite 700, Washington, D.C. 20036, counsel for Defendants:

1. Plaintiff's Memorandum in Opposition to Glessner's Motion to Compel Discovery Responses

**Dated: March 18, 2003**

                                                 /s/
                               Caroline D. Ciraolo (Fed. Bar No. 11850)
                               MARTIN, SNYDER & BERNSTEIN, P.A.
                               217 East Redwood Street – Suite 2000
                               Baltimore, Maryland 21202
                               Tel. No: (410) 547-7163
                               Fax No: (410) 547-1605

                               *Attorney for Plaintiff Protection One*
                               *Alarm Monitoring, Inc.*