IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **PROTECTION ONE ALARM MONITORING, INC.** | * | |
| | * | |
| Plaintiff | | |
| | * | |
| v. | | |
| | * | Civil No. JFM-02-CV-3653 |
| **GLESSNER PROTECTIVE SERVICES, INC.,** *et al.* | | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE OF DISCOVERY MATERIALS**

I HEREBY CERTIFY that on the 24th day of March, 2003, the following documents were sent via facsimile and first class mail, postage prepaid, to Robert J. Carson, Esquire, 345 Green Street, Havre de Grace, Maryland 21078, **and** Morris Kletzkin, Esquire, Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC, 1101 17th Street, N.W., Suite 700, Washington, D.C. 20036, counsel for Defendants:

1. Notice of Deposition of Curtis Pietro
2. Notice of Deposition of Neal Glessner
3. Notice of Deposition of Steven Rohr

**Dated: March 24, 2003**

                                           /s/
                                Caroline D. Ciraolo (Fed. Bar No. 11850)
                                MARTIN, SNYDER & BERNSTEIN, P.A.
                                217 East Redwood Street – Suite 2000
                                Baltimore, Maryland 21202
                                Tel. No: (410) 547-7163
                                Fax No: (410) 547-1605
                                *Attorney for Plaintiff Protection One Alarm Monitoring, Inc.*