IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **PROTECION ONE ALARM MONITORING, INC.** * | |
| * | |
| Plaintiff | |
| * | |
| v. | |
| * | Civil No. JFM-02-CV-3653 |
| **GLESSNER PROTECTIVE SERVICES, INC.,** *et al.* * | |
| Defendants * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE OF DISCOVERY MATERIALS**

I HEREBY CERTIFY that on the 25th day of March, 2003, the following document was sent via facsimile and first class mail, postage prepaid, to Robert J. Carson, Esquire, 345 Green Street, Havre de Grace, Maryland 21078, **and** Morris Kletzkin, Esquire, Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC, 1101 17th Street, N.W., Suite 700, Washington, D.C. 20036, counsel for Defendants:

1. Plaintiff's Responses and Objections to Defendants' Second Request for Production of Documents

**Dated: March 25, 2003**

                                                                                                  /s/
                                       Caroline D. Ciraolo (Fed. Bar No. 11850)
                                       MARTIN, SNYDER & BERNSTEIN, P.A.
                                       217 East Redwood Street – Suite 2000
                                       Baltimore, Maryland 21202
                                       Tel. No: (410) 547-7163
                                       Fax No: (410) 547-1605
                                       *Attorney for Plaintiff Protection One Alarm Monitoring, Inc.*