IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern District)

| | | |
|---|---|---|
| PROTECTION ONE ALARM MONITORING, INC. | * | |
| Plaintiff | | |
| v. | * | |
| GLESSNER PROTECTIVE SERVICES, INC., et al. | * | Case No.:  JFM02CV3653 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

| | |
|---|---|
| GLESSNER PROTECTION SERVICES, INC. | * |
| Counterplaintiff | * |
| v. | * |
| PROTECTION ONE ALARM MONITORING, INC. | * |
| Counterdefendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE OF GLESSNER'S REPLY TO MEMORANDUM
IN OPPOSITION TO GLESSNER'S MOTION TO COMPEL
<u>DISCOVERY RESPONSES</u>**

    I HEREBY CERTIFY that on this 28th day of March, 2003, copies of Glessner's Reply to Memorandum in Opposition to Glessner's Motion to Compel Discovery Responses were faxed and mailed by first class mail, postage prepaid, to Stephen F. Wrobel, Esq., and Caroline D. Ciraolo, Esq., Martin, Snyder & Bernstein, P.A., Redwood Tower, Suite 2000, 217 E. Redwood Street, Baltimore, Maryland 21202, and to David J. Januszewski, Esq., and Jason A. Otto, Esq., Cahill, Gordon & Reindel, 80 Pine Street, New York, New York 10005, attorneys for plaintiff Protection One Alarm Monitoring, Inc.

                                                / S /
                                        Robert J. Carson
                                        Fed. Bar # 01021
                                        Robert J. Carson, P.A.
                                        345 Green Street
                                        Havre de Grace, Maryland 21078
                                        (410) 939-0050

                                        Attorney for Defendants