IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern District)

| | | |
|---|---|---|
| PROTECTION ONE ALARM MONITORING, INC. Plaintiff | * | |
| v. | * | |
| GLESSNER PROTECTIVE SERVICES, INC., et al. | * | Case No.: JFM02CV3653 |
| Defendants | * | |
| * * * * * * * * * | | |
| GLESSNER PROTECTION SERVICES, INC. | * | |
| Counterplaintiff | * | |
| v. | * | |
| PROTECTION ONE ALARM MONITORING, INC. | * | |
| Counterdefendant | * | |

* * * * * * * * * * * * *

**NOTICE OF FILING OF GLESSNER'S MOTION TO COMPEL DISCOVERY RESPONSES, PROTECTION ONE'S MEMORANDUM IN OPPOSITION, AND GLESSNER'S REPLY AND SUPPLEMENTAL LOCAL RULE 104.7 CERTIFICATE**

I HEREBY CERTIFY that copies of the following pleadings were electronically filed with the United States District Court for Maryland (Northern Division) on March 31, 2003, and that copies had previously been served on all counsel for the parties (except for the Supplemental Local Rule 104.7 Certificate). I FURTHER CERTIFY that copies of this Notice of Filing and of the Supplemental Local Rule 104.7 Certificate were on March 31, 2003, faxed and mailed by first class mail, postage prepaid, to Steven F. Wrobel, Esq. and Caroline D. Ciraolo, Esq., Martin, Snyder & Bernstein, P.A., 217 East Redwood Street, Suite 2000, Baltimore, Maryland 21202 and to David J. Januszewski, Esq., and Jason A. Otto, Esq., Cahill, Gordon & Reindel, 80 Pine Street, New York, New York 10005, attorneys for Protection One Alarm Monitoring, Inc.

1. Glessner's Motion to Compel Discovery Response together with attached Memorandum, Local Rule 104.7 Certificate, and proposed Order.

2. Protection One's Memorandum in Opposition.

- 2 -

3. Glessner's Reply.

4. Glessner's Supplemental Local Rule 104.7 Certificate.

                                                            _____

                                                            Robert J. Carson
                                                            Robert J. Carson, P.A.
                                                            345 Green Street
                                                           Havre de Grace, Maryland 21078
                                                           (410) 939-0050

                                                           Counsel for Glessner Protective Services, Inc.
                                                           Robert L. Glessner, Jr., and Doris B. Glessner,
                                                           Defendants and Counter-plaintiff

Glessner/Notice of Filing of Glessner's Motion to Compel