IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern District)

PROTECTION ONE ALARM MONITORING, INC.  *
           Plaintiff

v.  *

GLESSNER PROTECTIVE SERVICES, INC.,  *  Case No.: JFM02CV3653
et al.
           Defendants  *

GLESSNER PROTECTION SERVICES, INC.  *

           Counterplaintiff  *

v.  *

PROTECTION ONE ALARM MONITORING, INC.  *

           Counterdefendant  *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## ***ORDER GRANTING MOTION TO COMPEL DISCOVERY RESPONSES***

The Court, having considered Defendants' Motion to Compel Discovery Responses,

IT IS HEREBY ORDERED this ___ day of _____, 2003:

1. The Motion is hereby granted, and Protection One shall serve supplemental answers to interrogatories and a supplemental RFP response within _____ days after the date of this Order to provide the information requested and required by the interrogatories and RFP;

2. Any additional documents required to be produced as a result of the supplementation will be concurrently produced by Protection One to counsel for defendants.

_____
J. Frederick Motz, Judge
U.S. District Court

Glessner/Order Granting Motion to Compel