IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern District)

PROTECTION ONE ALARM MONITORING, INC.    *
          Plaintiff

v.    *

GLESSNER PROTECTIVE SERVICES, INC.,    *    Case No.:  JFM02CV3653
et al.
          Defendants    *

*    *    *    *    *    *    *    *    *

GLESSNER PROTECTION SERVICES, INC.    *

          Counterplaintiff    *

v.    *

PROTECTION ONE ALARM MONITORING, INC.    *

          Counterdefendant    *

*    *    *    *    *    *    *    *    *    *    *    *

## SUPPLEMENTAL LOCAL RULE 104.7 CERTIFICATE

      This Certificate supplements the Local Rule 104.7 Certificate attached to the Memorandum in Support of Glessner's Motion to Compel.  Robert J. Carson hereby certifies that he held a telephone discovery conference with Jason Otto, one of Protection One's attorneys, on Monday, March 31, 2003, at approximately 12:00 noon, at which time Protection One's counsel advised that there was no change in his client's position regarding its interrogatory answers and RFP response.

          _____
          Robert J. Carson
          Federal Bar #01021
          Robert J. Carson, P.A.
          345 Green Street
          Havre de Grace, Maryland 21078
          (410) 939-0050

          Attorney for Glessner Protective Services, Inc.
          Robert L. Glessner, Jr., and Doris B. Glessner,
          Defendants and Counter-plaintiff