IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **PROTECION ONE ALARM MONITORING, INC.** * | |
| * | |
| Plaintiff | |
| * | |
| v. | |
| * Civil No. JFM-02-CV-3653 | |
| **GLESSNER PROTECTIVE SERVICES, INC.,** *et al.* * | |
| Defendants * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto that the above-captioned action is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and fees.

Dated: September 4, 2003

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Steven F. Wrobel (Fed. Bar No. 24985) | Robert J. Carson (Fed. Bar No. 01021) |
| Caroline D. Ciraolo (Fed. Bar No. 11850) | Robert J. Carson, P.A. |
| Martin, Snyder & Bernstein, P.A. | 345 Green Street |
| Redwood Tower, Suite 2000 | Havre de Grace, Maryland  21078 |
| 217 E. Redwood Street | Phone: (410) 939-0050 |
| Baltimore, Maryland  21202 | Facsimile: (410) 939-1007 |
| Phone: (410) 547-7163 | *Attorneys for Defendant*s |
| Facsimile: (410) 547-1605 | |
| *Attorneys for Plaintiff* | |